IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION



UNITED STATES OF AMERICA

v.

DONYALE JERREL HOLLOWAY,
SAMUEL CARDELL REED,
SHAWANDA MATTHEWS,
VERONICA THOMAS,
ENNIS MONTGOMERY, and
JAMES LEE LOFTON

CRIMINAL NO. 5:17cr1DCB-LRA
21 U.S.C. § 846
21 U.S.C. § 841(a)(1)

**The Grand Jury charges:**

## COUNT 1

That from sometime in or about February 2016 through the date of this indictment, in Lincoln County, in the Western Division of the Southern District of Mississippi and elsewhere, the defendants, **DONYALE JERREL HOLLOWAY, SAMUEL CARDELL REED, SHAWANDA MATTHEWS, VERONICA THOMAS, ENNIS MONTGOMERY, and JAMES LEE LOFTON**, did knowingly and intentionally conspire, with each other and others known and unknown to the Grand Jury, to possess with the intent to distribute 100 kilograms or more of marihuana, a Schedule I non-narcotic drug controlled substance as prohibited by Section 841(a)(1), Title 21, United States Code.

All in violation of Section 846, Title 21, United States Code.

### QUANTITY OF CONTROLLED SUBSTANCES INVOLVED IN THE CONSPIRACY

With respect to **DONYALE JERREL HOLLOWAY**, the amount involved in the conspiracy attributable to him as a result of his conduct, and the conduct of other conspirators

reasonably foreseeable to him, is 100 kilograms or more of marihuana, a Schedule I non-narcotic drug controlled substance, in violation of Section 841(b)(1)(B), Title 21, United States Code.

With respect to **SAMUEL CARDELL REED**, the amount involved in the conspiracy attributable to him as a result of his conduct, and the conduct of other conspirators reasonably foreseeable to him, is 100 kilograms or more of marihuana, a Schedule I non-narcotic drug controlled substance, in violation of Section 841(b)(1)(B), Title 21, United States Code.

With respect to **SHAWANDA MATTHEWS**, the amount involved in the conspiracy attributable to her as a result of her conduct, and the conduct of other conspirators reasonably foreseeable to her, is 50 kilograms or more of marihuana, a Schedule I non-narcotic drug controlled substance, in violation of Section 841(b)(1)(B), Title 21, United States Code.

With respect to **VERONICA THOMAS**, the amount involved in the conspiracy attributable to her as a result of her conduct, and the conduct of other conspirators reasonably foreseeable to her, is 50 kilograms or more of marihuana, a Schedule I non-narcotic drug controlled substance, in violation of Section 841(b)(1)(B), Title 21, United States Code.

With respect to **ENNIS MONTGOMERY** the amount involved in the conspiracy attributable to him as a result of his conduct, and the conduct of other conspirators reasonably foreseeable to him, is 100 kilograms or more of marihuana, a Schedule I non-narcotic drug controlled substance, in violation of Section 841(b)(1)(B), Title 21, United States Code.

With respect to **JAMES LEE LOFTON**, the amount involved in the conspiracy attributable to him as a result of his conduct, and the conduct of other conspirators reasonably foreseeable to him, is less than 50 kilograms of marihuana, a Schedule I non-narcotic drug controlled substance, in violation of Section 841(b)(1)(B), Title 21, United States Code.

COUNT 2

On or about May 18, 2016, in Lincoln County, in the Western Division of the Southern District of Mississippi and elsewhere, the defendant, **DONYALE JERREL HOLLOWAY**, aided and abetted by others known and unknown to the Grand Jury, did knowingly and intentionally possess with intent to distribute 100 kilograms or more of marihuana, a Schedule I non-narcotic drug controlled substance, in violation of Section 841(a)(1), Title 21, United States Code and Section 2, Title 18, United States Code.

COUNT 3

On or about May 18, 2016, in Lincoln County, in the Western Division of the Southern District of Mississippi and elsewhere, the defendant, **ENNIS MONTGOMERY**, aided and abetted by others known and unknown to the Grand Jury, did knowingly and intentionally possess with intent to distribute 100 kilograms or more of marihuana, a Schedule I non-narcotic drug controlled substance, in violation of Section 841(a)(1), Title 21, United States Code and Section 2, Title 18, United States Code.

COUNT 4

On or about May 18, 2016, in Lincoln County, in the Western Division of the Southern District of Mississippi and elsewhere, the defendant, **JAMES LEE LOFTON**, aided and abetted by others known and unknown to the Grand Jury, did knowingly and intentionally possess with intent to distribute less than 50 kilograms of marihuana, a Schedule I non-narcotic drug controlled substance, in violation of Section 841(a)(1), Title 21, United States Code and Section 2, Title 18, United States Code.

## NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE

As a result of committing the offenses as alleged in this Indictment, the defendants shall forfeit to the United States all property involved in or traceable to property involved in the offenses, including but not limited to all proceeds obtained directly or indirectly from the offenses, and all property used to facilitate the offenses. Further, if any property described above, as a result of any act or omission of the defendants: (a) cannot be located upon the exercise of due diligence; (b) has been transferred or sold to, or deposited with, a third party; (c) has been placed beyond the jurisdiction of the Court; (d) has been substantially diminished in value; or (e) has been commingled with other property, which cannot be divided without difficulty, then it is the intent of the United States to seek a judgment of forfeiture of any other property of the defendants, up to the value of the property described in this notice or any bill of particulars supporting it.

All pursuant to Section 853, Title 21, United States Code.

GREGORY K. DAVIS
United States Attorney

A TRUE BILL:
S/SIGNATURE REDACTED
Foreperson of the Grand Jury

This indictment was returned in open court by the foreperson or deputy foreperson of the grand jury on this the 9th day of February, 2017.

UNITED STATES MAGISTRATE JUDGE